NO. 22-1144

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

STATE OF TEXAS, *et al.*
*Petitioners,*

v.

NHTSA, *et al.*
*Respondents.*

## MOTION TO WITHDRAW AS COUNSEL

Undersigned counsel respectfully requests that Nicholas J. Bronni, counsel for Petitioner State of Arkansas, be withdrawn as an attorney of record in this matter. Mr. Bronni has left the employment of the Office of the Arkansas Attorney General, effective December 31, 2024, to begin service as an Associate Justice of the Arkansas Supreme Court. Petitioner State of Arkansas will continue to be represented by undersigned counsel of record from the Office of the Arkansas Attorney General.

Dated: January 16, 2025.

                                                Respectfully submitted,

                                                TIM GRIFFIN
                                                 Arkansas Attorney General

Dylan L. Jacobs (D.C. Bar # 1047239)
  Interim Solicitor General
Office of the Arkansas Attorney
  General
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-3661
Dylan.Jacobs@arkansasag.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2025, the foregoing document has been electronically filed of record using the Court's CM/ECF filing system, which shall send notice of said filing to all counsel of record.

*/s/ Dylan L. Jacobs*
Dylan L. Jacobs

## CERTIFICATE OF COMPLIANCE

This Motion to Withdraw complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) because this motion contains 81 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f). As required by Fed. R. App. P. 27(d)(1)(E), it also complies with the typeface requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

*/s/ Dylan L. Jacobs*
Dylan L. Jacobs